BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**LEW BRANDON JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
*l.brandon@bsnv.law*
Attorney for Plaintiff,
*TIMMIE L. CAMERON, SR.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMMIE L. CAMERON, SR.<br><br>Plaintiff,<br>v.<br><br>FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; DOES I through X; ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02258-GMN-NJK |

**JOINT STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
**(First Request)**

Pursuant to LR IA 6-1 and LR 26-3. Plaintiff, TIMMIE L. CAMERON, SR., by and through his attorney, LEW BRANDON, JR., ESQ. of BRANDON | SMERBER LAW FIRM, and Defendant, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its attorney, DAVID J. FELDMAN, ESQ. of THE FELDMAN FIRM, respectfully submit the following stipulation and order to extend the dispositive motion deadline (#24) in this case for sixty (60) days as set forth below:

**I. Discovery Conducted to Date (LR 26-4(a)):**

Plaintiff's Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), and three supplements thereto;

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Defendant's Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), and one supplement thereto;

Plaintiff propounded written discovery to Defendant, and Defendant has responded to same;

Defendant propounded written discovery to Plaintiff, and Plaintiff has responded to same;

Defendant's Initial Designation of Expert Witnesses pursuant to FRCP 26(a)(2)(B);

Deposition of Defendant's 30(b)(6) witness;

Deposition of Plaintiff;

Deposition of Defendant's expert, Dr. Lee;

**II. <u>The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):</u>**

The parties propose extending the deadline to file dispositive motions to save resources to be used at the time for a mediation already set on October 8, 2026. The parties attempted to set a mediation earlier however the preferred mediator was not available, and the parties were not available until October 8, 2026. The parties have been working in a diligent and courtesy manner and not for the purpose of delay.

**III. <u>Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):</u>**

The current discovery deadlines are as follows:

1. Dispositive Motions (LR 26-1(b)(4)): August 12, 2026.

The parties propose extending the dispositive motion deadline by sixty (60) days as follows:

1. Dispositive Motions (LR 26-1(b)(4)): October 12, 2026.

/ / /

/ / /

/ / /

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

DATED this 16th day of July 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Plaintiff,*
*TIMMIE L. CAMERON, SR.*

DATED this 16th day of July 2026.

**THE FELDMAN FIRM**

*/s/ David J. Feldman, Esq.*

**DAVID J. FELDMAN, ESQ.**
Nevada Bar No. 5947
**JOHN C. DORAME, ESQ.**
Nevada Bar No. 10029
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendants,*
*Farmers Group Property and*
*Casualty Insurance Company and*
*Farmers Insurance Exchange*

**ORDER**

**IT IS SO ORDERED**

Dated this 20 day of July, 2026.

UNITED STATES DISTRICT JUDGE