**LEW BRANDON JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964– *facsimile*
l.brandon@bsnv.law
Attorney for Plaintiff,
*TIMMIE L. CAMERON, SR.*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMMIE L. CAMERON, SR.<br><br>Plaintiff,<br>v.<br><br>FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; DOES I through X; ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02258-GMN-NJK |

**JOINT STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
**(Second Request)**

Pursuant to LR IA 6-1 and LR 26-3. Plaintiff, TIMMIE L. CAMERON, SR., by and through his attorney, LEW BRANDON, JR., ESQ. of BRANDON | SMERBER LAW FIRM, and Defendant, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its attorney, DAVID J. FELDMAN, ESQ. of THE FELDMAN FIRM, respectfully submit the following stipulation and order to extend the dispositive motion deadline (#24) in this case for thirty (30) days as set forth below:

**I. Discovery Conducted to Date (LR 26-4(a)):**

Plaintiff's Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), and three supplements thereto;

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Defendant's Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), and one supplement thereto;

Plaintiff propounded written discovery to Defendant, and Defendant has responded to same;

Defendant propounded written discovery to Plaintiff, and Plaintiff has responded to same;

Defendant's Initial Designation of Expert Witnesses pursuant to FRCP 26(a)(2)(B);

Deposition of Defendant's 30(b)(6) witness;

Deposition of Plaintiff;

Deposition of Defendant's expert, Dr. Lee;

**II. <u>The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):</u>**

The parties propose extending the deadline to file dispositive motions to save resources to be used at the time for a mediation already set on October 8, 2026. A mediator's proposal was issued on October 8, 2026, to the respective parties that expires on October 15, 2026. The mediator's proposal needs to be further analyzed by the respective parties. The parties have been working in a diligent, courteous manner and not for the purpose of delay.

**III. <u>Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):</u>**

The current discovery deadlines are as follows:

1. Dispositive Motions (LR 26-1(b)(4)): October 12, 2026.

The parties propose extending the dispositive motion deadline by thirty (30) days as follows:

1. Dispositive Motions (LR 26-1(b)(4)): November 12, 2026.

/ / /

/ / /

/ / /

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



DATED this 9th day of October 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Plaintiff,*
*TIMMIE L. CAMERON, SR.*

DATED this 9th day of October 2026.

**THE FELDMAN FIRM**

*/s/ David J. Feldman, Esq.*

**DAVID J. FELDMAN, ESQ.**
Nevada Bar No. 5947
**JOHN C. DORAME, ESQ.**
Nevada Bar No. 10029
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendants,*
*Farmers Group Property and*
*Casualty Insurance Company and*
*Farmers Insurance Exchange*

**ORDER**

**IT IS SO ORDERED**

Dated this 9 day of October, 2026.

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT