David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Defendant Farmers Group Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMMIE L. CAMERON, SR.<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; DOES I through X; ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02258-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Timmie L. Cameron, Sr., by and through his counsel of record, Lew Brandon, Jr., Esq. of the Brandon Smerber Law Firm, and Defendant, by and through its counsel of record, David J. Feldman, Esq., of The Feldman Firm, hereby stipulate that the above-entitled action shall be dismissed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

in its entirety, with prejudice, and each party to bear its own attorneys' fees and court costs.

**IT IS SO STIPULATED.**

Dated: 10/29/26

By: /s/ David Feldman
David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
*Attorneys for Defendant Farmers Group Property and Casualty Insurance Company*

Dated: 10/29/26

By: /s/ Lew Brandon, Jr.
Lew Brandon, Jr., Esq.
Nevada Bar No. 5880
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
Telephone: (702) 3800007
l.brandon@bsnv.law
*Attorneys for Plaintiff Timmie L. Cameron, Sr.*

**ORDER**

IT IS SO ORDERED.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: October 31, 2026